ARTHUR ALLORD, PETITIONER-RESPONDENT, v. THE HENRY MUHS COMPANY, RESPONDENT-APPELLANT.

Submitted May 27, 1933—Decided September 27, 1933.

For the petitioner-respondent, *W. Reading Gebhardt.*

For the respondent-appellant, *Cox & Walburg (Harry E. Walburg* and *Arthur F. Mead,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.